# CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I, _Jeffrey Kozma_, hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, City of Cleveland, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: _8-15-19_     SIGNATURE: _Jeffrey Kozma_

_JEFFREY KOZMA_
PRINTED NAME

EXHIBIT A