IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY KOZMA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE CITY OF CLEVELAND,** )<br>)<br>Defendant. )<br>) | CASE NO. 1:19-CV-01867<br><br>JUDGE SOLOMON OLIVER, JR.<br><br>**<u>ORDER OF DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT</u>** |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and General Release ("Release") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Release, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Jeffrey Kozma.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Release, and orders that the Settlement be implemented according to the terms and conditions of the Release and as directed herein.

4. The Court dismisses the claims of Plaintiff with prejudice, each Party to bear its own costs, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT IS SO ORDERED:**

Date: August 21, 2020         */S/ SOLOMON OLIVER, JR.*
                              SOLOMON OLIVER, JR.
                              UNITED STATES DISTRICT JUDGE

**SO STIPULATED:**

| **NILGES DRAHER LLC** | **ZASHIN & RICH CO., L.P.A.** |
|---|---|
| *s/ Hans A. Nilges (via email consent 8.21.20)* | *s/ Patrick M. Watts* |
| Hans A. Nilges (0076017) | Michele L. Jakubs (0071037) |
| hans@ohlaborlaw.com | mlj@zrlaw.com |
| 7266 Portage St., N.W., Suite D | Patrick M. Watts (0075099) |
| Massillon, Ohio 44646 | pmw@zrlaw.ccom |
| T: 330/470-4428 | 950 Main Ave., 4th Floor |
| F: 330/754-1430 | Cleveland, OH 44113 |
|  | T: 216/696-4441 |
| Christopher J. Lalak (0090079) | F: 216/696-1618 |
| clalak@ohlaborlaw.com |  |
| 614 W. Superior Ave., Suite 614 | ***Counsel for Defendant*** |
| Cleveland, Ohio 44113 |  |
| T: 216/230-2955 |  |

***Counsel for Plaintiff***